IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BUCK ISLAND, LLC and BEP LAND INVESTORS, LLC<br><br>　　Plaintiffs,<br><br>v.<br><br>JULIANNE GLISSON, in her capacity as Conservator for John Edward Hill,<br><br>　　Defendant. | Case No. 4:23-cv-00179 |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT
AND FOR SUMMARY JUDGMENT**

　　**COME NOW** Plaintiffs Buck Island, LLC ("BI") and BEP Land Investors, LLC ("BEP") (hereinafter collectively referred to as "Buyers"), by and through undersigned counsel, and hereby move the Court to enforce the parties' settlement agreement or otherwise award Buyers summary judgment on the ground that there is no genuine issue as to any material fact as appears from the pleadings, admissions on file, depositions, and overall evidence in this case. Seller at all times possessed the requisite capacity to execute the contract and power of attorney involved herein, rendering both the parties' original contract and their settlement agreement valid, binding, and enforceable. In support of this motion, Buyers rely on the supporting memorandum filed with this motion and the authorities cited therein.

　　**WHEREFORE**, Buyers pray that the Court enforce the parties' settlement agreement or otherwise award them summary judgment on the matter of Defendant's capacity and breach of the

Motion to Enforce Settlement Agreement or for Summary Judgment
*Buck Island, LLC, et al. v. John Hill*, Case No. 4:23-cv-00179
Page **1** of **3**

parties' original contract, order Defendant specifically perform either the settlement agreement or the parties' original contract, and award Buyers damages and sanctions.

Respectfully submitted this 25th day of September, 2024.

**ROBERTS TATE, LLC**

*/s/ James L. Roberts, IV*
James L. Roberts, IV
Georgia Bar No. 608580

Post Office Box 21828
St. Simons Island, Georgia 31522
(912) 638-5200 | office
(912) 638-5300 | fax

Motion to Enforce Settlement Agreement or for Summary Judgment
*Buck Island, LLC, et al. v. John Hill*, Case No. 4:23-cv-00179
Page **2** of **3**

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day I electronically filed the foregoing MOTION TO ENFORCE SETTLEMENT AGREEMENT OR FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Submitted this 25th of September, 2024.

**ROBERTS TATE, LLC**

*/s/ James L. Roberts, IV*
James L. Roberts, IV

Motion to Enforce Settlement Agreement or for Summary Judgment
*Buck Island, LLC, et al. v. John Hill*, Case No. 4:23-cv-00179
Page **3** of **3**