UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
CLERKS MINUTES - CIVIL

| | |
|---|---|
| **CASE NO.** 4:23-cv-179 | **DATE:** 09-10-2025 |
| **TITLE:** Buck Island, LLC and BEP Land Investors, LLC v. Julianne Glisson, Conservator for John Hill | |

**HONORABLE R. STAN BAKER**   **COURTROOM DEPUTY CLERK:** PAM HAMMOCK

**COURT REPORTER**:

| **TAPE NO.** SAV-CR1 | **TIME**: 10:05 – 6:45 | **TOTAL:** 08:00 |
|---|---|---|

| **COUNSEL FOR PLAINTIFFS** | **COUNSEL FOR** | **DEFENDANT** |
|---|---|---|
| Jay Roberts | Julie Franklin | Julianne Glisson, Conservator and Real Party in Interest for John Hill |

**SETTLEMENT CONFERENCE**

- COURT ADDRESSES PARTIES ON THE RECORD IN THE COURTROOM.
- SETTLEMENT CONFERENCE HELD IN CHAMBERS.
- SETTLEMENT REACHED. COURT PLACES TERMS OF THE SETTLEMENT BY THE PARTIES ON THE COURT'S SEALED RECORD WHICH WILL REMAIN UNDER SEAL UNTIL FURTHER ORDER OF THE COURT. SEALED HEARING EXHIBIT 1 ENTERED INTO THE RECORD.
- COURT WILL EXECUTE A WRITTEN ORDER AS TO THE SETTLEMENT AGREEMENT.
- COURT ADMINISTRATIVELY CLOSES THIS CASE AND PARTIES ARE DIRECTED TO FILE A STATUS REPORT.
- HEARING ADJOURNED.